```
1   MELINDA HAAG (SBN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954 )
    JAMES A. SCHARF
4   Assistant United States Attorneys

5      150 Almaden Blvd., Suite 900
       San Jose, California 95113
6      Telephone:      (408) 535-5044
       Facsimile:      (408) 535-5081
7      Email:          james.scharf@usdoj.gov

8   Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELESTE ODA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 11-04514 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATE TO COMPLETE MEDIATION** |

    Whereas, the November 21, 2011, Case Management Order, Document 9, requires the parties to complete all fact discovery by May 11, 2012, mediate the case by May 18, 2012, disclose expert reports by June 8, 2012, and complete expert depositions by August 3, 2012.

    Whereas, defendant has scheduled an Independent Medication Examination of plaintiff for April 2, 2012.

    Whereas, plaintiff may assert a claim for future neck surgery and intends to consult with a Kaiser surgeon regarding her need for surgery.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO COMPLETE MEDIATION
Case No. C 11-04514 PSG

1  Whereas, the parties believe that scheduling a mediation shortly after expert reports are
2  exchanged maximizes the chances for settlement at the mediation.
3  Whereas, scheduling the mediation in late June would not affect any of the other case
4  management dates, including the trial date, and still leaves time for the parties to depose the
5  experts in the event that the June mediation is unsuccessful.
6  Whereas, the parties and the court-appointed mediator are all available to participate in a
7  mediation on June 27, 2012.
8  Therefore, the parties request that the Court extend the time to complete the mediation to and
9  including June 27, 2012.

Dated: January 12, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

By: _____/S/_____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant

_____/S/_____
JOHN S. GERHARDT
Attorney for Plaintiff

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered: The date to complete the mediation extended to June 27, 2012.

Dated: January 20, 2012

_____
Hon. Paul S. Grewal
United States District Court Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION
Case No. C 11-04514 PSG