MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
JAMES A. SCHARF
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:      (408) 535-5044
Facsimile:       (408) 535-5081
Email:            james.scharf@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELESTE ODA, | No. C 11-04514 PSG |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATE TO COMPLETE MEDIATION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Whereas, the November 21, 2011, Case Management Order, Document 9, requires the parties to complete all fact discovery by May 11, 2012, mediate the case by May 18, 2012, disclose expert reports by June 8, 2012, and complete expert depositions by August 3, 2012.

    Whereas, defendant has scheduled an Independent Medication Examination of plaintiff for April 2, 2012.

    Whereas, plaintiff may assert a claim for future neck surgery and intends to consult with a Kaiser surgeon regarding her need for surgery.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO COMPLETE MEDIATION
Case No. C 11-04514 PSG

1  Whereas, the parties believe that scheduling a mediation shortly after expert reports are
2  exchanged maximizes the chances for settlement at the mediation.
3  Whereas, scheduling the mediation in late June would not affect any of the other case
4  management dates, including the trial date, and still leaves time for the parties to depose the
5  experts in the event that the June mediation is unsuccessful.
6  Whereas, the parties and the court-appointed mediator are all available to participate in a
7  mediation on June 27, 2012.
8  Therefore, the parties request that the Court extend the time to complete the mediation to and
9  including June 27, 2012.

11  Dated: January 12, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

By:     /S/
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant


    /S/
JOHN S. GERHARDT
Attorney for Plaintiff


Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered:
The date to complete the mediation extended to June 27, 2012.


Dated: January 20, 2012

Hon. Paul S. Grewal
United States District Court Magistrate Judge


STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE
MEDIATION
Case No. C 11-04514 PSG