UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CELESTE ODA,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.

No. C 11-4514 PSG

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: August 22, 2012
Mediation: William Faulkner

IT IS HEREBY ORDERED that the request to excuse defendant United States of America's agency representative, Conny Beatty, from personal attendance at the August 22, 2012, mediation session before William Faulkner is GRANTED. Ms. Beatty shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 17, 2012        By: _____
Dated                               Donna M. Ryu
                                           United States Magistrate Judge

GRANTED
Judge Donna M. Ryu